UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

LAMA, SANU                                                                 Case No. 09-10268-RGM
                                                                                    Chapter 7

        Debtor(s)

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $ representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law.   The unclaimed funds represent the dividend(s) due and payable to:

| **Creditor's Name** <br> **Acct. No. and Address** | **Claim** <br> **No.** | **Amount of** <br> **Dividend** |
|---|---|---|
| New York City Water Board <br> Dept of Environmental Protection <br> 59-17 Junction Blvd. <br> Bankruptcy Unit 13th Floor <br> Flushing, NY 11373-51080 | 8 | $48.44 |

Dated:  01/28/2010                                    /s/  ROBERT O. TYLER
                                                              ROBERT O. TYLER, Chapter 7 Trustee
                                                              TYLER BARTL RAMSDELL & COUNTS PLC
                                                              700 S. Washington Street, Suite 216
                                                              Alexandria, Virginia 22314
                                                              (703) 549-5000